# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIMA WANE,<br><br>            Plaintiff,<br><br>   v.<br><br>KORKOR, *et al.*,<br><br>            Defendants. | Case No.  1:22-cv-00813-JLT-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' ANSWER<br><br>(ECF No. 26) |

      Plaintiff Ibrahima Wane ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Chen and Kokor[1] for failure to treat Plaintiff's side effects caused by the Celexa medication, in violation of the Eighth Amendment.

      On June 19, 2023, Defendants answered Plaintiff's complaint.  (ECF No. 23.)  On July 17, 2023, Plaintiff filed a response to Defendants' answer in the form of objections.  (ECF No. 26.)

      In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendants' answer and declines to make such an order.

---

[1] Erroneously sued as "Chain" and "Korkor."

1

Accordingly, Plaintiff's objections to Defendants' answer, filed on July 17, 2023, (ECF No. 26), are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **July 18, 2023**         /s/ Barbara A. McAuliffe       _
                                  UNITED STATES MAGISTRATE JUDGE