1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   IBRAHIMA WANE,                      Case No.  1:22-cv-00813-JLT-BAM (PC)

12              Plaintiff,               ORDER GRANTING PLAINTIFF'S MOTION
                                         FOR SECOND EXTENSION OF TIME TO
13        v.                             SERVE DISCOVERY RESPONSES
                                         (ECF No. 31)
14   KORKOR, *et al.*,
                                         **Deadline for Plaintiff's Responses to**
15              Defendants.              **Defendant Chen's Request for Production of**
                                         **Documents, Set One: October 30, 2023**
16
                                         ORDER GRANTING PARTIES'
17                                       STIPULATED MOTION TO MODIFY
                                         DISCOVERY AND SCHEDULING ORDER
18                                       (ECF No. 32)

19                                       **Exhaustion Motion Filing Deadline:**
                                         **November 20, 2023**
20

21        Plaintiff Ibrahima Wane ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

22   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

23   Plaintiff's first amended complaint against Defendants Chen and Kokor[1] for failure to treat

24   Plaintiff's side effects caused by the Celexa medication, in violation of the Eighth Amendment.

25        Pursuant to the Court's June 20, 2023 discovery and scheduling order, the deadline for

26   filing motions for summary judgment for failure to exhaust administrative remedies is October

27   _____

28   [1] Erroneously sued as "Chain" and "Korkor."

                                         1

20, 2023.  (ECF No. 24.)

On August 29, 2023, the Court granted Plaintiff's motion for an extension of time to serve responses to Defendant Chen's Request for Production of Documents, Set One, noting Defendant Chen's response agreeing to the requested extension.  (ECF No. 30.)  Plaintiff's responses were therefore due on or before September 15, 2023.  (*Id.*)

On September 18, 2023, Plaintiff filed a second request for an extension of time to respond to Defendant Chen's Request for Production of Documents, Set One.  (ECF No. 31.)  As the request includes a certificate of service signed and dated September 11, 2023, the Court accepts the request as filed before the expiration of the deadline for Plaintiff's discovery responses.  (*Id.* at 4.)  Plaintiff requests an extension until October 30, 2023, because he is awaiting responses to his various requests to review his medical records and final decision, and due to his job he cannot access the law library unless he is granted time off.  (*Id.* at 2.)  Defendants did not file a response, and the deadline to do so has expired.  The motion is deemed submitted.  Local Rule 230(l).

Also before the Court is the parties' stipulation and proposed order to modify the discovery and scheduling order, filed October 9, 2023.  (ECF No. 32.)  In light of Plaintiff's failure to respond to Defendants' other discovery requests, excluding Defendant Chen's Request for Production of Documents, Set One,[2] and his failure to seek an extension of time to serve those responses, the parties met and conferred on September 12, 2023, and Plaintiff agreed to serve his responses to the Defendants' remaining discovery requests, without objections, no later than September 30, 2023.  (*Id.* at 2.)  Defendants agreed not to seek the Court's intervention regarding Plaintiff's belated outstanding responses to the remaining discovery requests provided that Plaintiff's responses are mailed to Defendants' counsel on or before September 30, 2023.  (*Id.*)  In addition, the parties agree that, in light of this delay, good cause exists to modify the discovery and scheduling order to extend the deadline to file motions for summary judgment for failure to

---

[2] The remaining discovery requests are: (a) Defendant Chen's Requests for Admission, Set One; (b) Defendant Chen's Interrogatories, Set One; (c) Defendant Kokor's Requests for Admission, Set One; (d) Defendant Kokor's Requests for Production of Documents, Set One; and (e) Defendant Kokor's Interrogatories, Set One.  (ECF No. 32, p. 2.)

exhaust administrative remedies to November 20, 2023, to avoid prejudice to Defendants.  (*Id.* at 3.)  The request is signed by Plaintiff and counsel for Defendants.  (*Id.* at 4.)

In light of the parties' agreement, and Defendants failure to oppose or otherwise address Plaintiff's motion for a second extension of time to respond to Defendant Chen's Requests for Production, Set One, the Court finds good cause to grant both Plaintiff's motion and the joint request to modify the discovery and scheduling order.  Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for a second extension of time to respond to Defendant Chen's Request for Production of Documents, Set One, (ECF No. 31), is GRANTED;

2.  Plaintiff's responses to Defendant Chen's Request for Production of Documents, Set One, are due on or before **October 30, 2023**;

3.  The parties' stipulated motion to modify the discovery and scheduling order, (ECF No. 32), is GRANTED;

4.  The deadline for filing motions for summary judgment for failure to exhaust administrative remedies is extended from October 20, 2023 to **November 20, 2023**;

5.  All other requirements and deadlines set forth in the Court's June 20, 2023 discovery and scheduling order, (ECF No. 24), remain in place; and

6.  **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:   __October 11, 2023__          _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE